<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1051**

---

In Re: CHARLES D. COUNTS, SR.,

Plaintiff - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. James P. Jones, District Judge. (MC-96-25-A)

---

Submitted: May 1, 1997          Decided: May 8, 1997

---

Before WIDENER[*] and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Charles D. Counts, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

[*] Judge Widener did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Appellant appeals the district court's order denying relief on his motions for leave to file actions in the district court. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. In re Counts, No. MC-96-25-A (W.D. Va. Dec. 19, 1996). Additionally, we deny Appellant's motion for judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED